In the Matter of the Intermediate Accounting of UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee of the Trust Created by WESLEY B. PHILLIPSON, Deceased, Respondent. MARIA E. PHILLIPSON, Appellant; BRAINERD F. PHILLIPSON et al., Respondents.—Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Peck, P. J., Breitel, Botein, Rabin and Bastow, JJ. [See *ante*, p. 245.]

In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property for the WASHINGTON SQUARE SLUM CLEARANCE, BOROUGH OF MANHATTAN, UNITED STATES OF AMERICA; BERNARD W. COBLENTZ et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Peck, P. J., Breitel, Botein and Rabin, JJ. [See *ante*, p. 869.]

THERMOID COMPANY v. GEORGE S. FABEL.— Motion for reargument denied but motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Breitel, J. P., Botein, Frank, Valente and McNally, JJ. [See *ante*, p. 475.]

SAMUEL TRACHTMAN v. ROBERT A. SCHMITZ et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ. [See *ante*, p. 872.]

In the Matter of the Arbitration between MAX GORDON and DRAMATISTS' GUILD OF THE AUTHORS' LEAGUE OF AMERICA, INC. GARSON KANIN et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ. [See *ante*, p. 829.]

In the Matter of ABNER GREEN, Individually, as Treasurer of the American Committee for the Protection of Foreign Born, and on Behalf of Himself and All Others Similarly Situated, against LOUIS J. LEFKOWITZ, as Attorney-General of the State of New York.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ. [See *ante*, p. 869.]

## SECOND DEPARTMENT, NOVEMBER, 1957

### (November 4, 1957)

In the Matter of the Application of GARY SAUL STEIN for Admission to the Bar.— Application for admission to the Bar denied upon the ground that the applicant has failed to furnish satisfactory proof that he is and has been an actual resident of the State of New York for not less than six months immediately preceding the making of such application for admission as required by paragraph (3) of subdivision (f) of rule 1 of the Rules of Civil Practice. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

BERNARD C. MADDEN et al., Appellants, v. CHARLES T. ATKINS, Individually and as President of New York Association No. 88 of Masters and Mates of the National Organization Masters, Mates and Pilots of America, Inc., et al., Respondents.— Motion to punish respondents for contempt of court denied, without costs, and without prejudice to renewal of the motion at Special Term. Present — Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

ARCHIBALD STONE, Respondent, v. MARIAN E. STEWART, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. [See *ante*, p. 839.]